Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-49228 |
| MIDWEST GENERATION EME, LLC, | ) | |
| | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASE

Upon the Motion of the Purchaser Parties under 11 U.S.C. §§ 105(a) and 350(a) and Fed. R. Bankr. P. 3022 for an order and final decree closing certain bankruptcy cases, and this Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors and their estates and creditors; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and the Court having jurisdiction of this matter; and upon the record herein; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby,

ORDERED, DECREED, AND ADJUDGED THAT:

1.  The Motion is granted in its entirety.

2.  The bankruptcy case captioned In re: Midwest Generation EME, LLC, Case No. 12-49228, has been fully administered and shall be closed.

3.  To the extent not already paid, the fees required to be paid to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6), if any, shall be paid as soon as reasonably practicable after the date of entry of this Order.

4.  Upon entry of this Order and Final Decree on the docket of Midwest Generation EME, LLC, the docket shall be marked as "Closed."

5.  All parties' rights are reserved as to Claim Nos. 1296-1303 and 2055-64, filed by Commonwealth Edison Company and Exelon Generation Company, L.L.C. ("ComEd"), including, without limitation, ComEd's right under section 502(j) of the Bankruptcy Code to seek in Edison Mission Midwest Holding Co.'s bankruptcy case, to the same extent it would have been able to do so in Midwest Generation EME, LLC's or Edison Mission Energy's bankruptcy case, reconsideration of the disallowance of any amounts under section 502(e)(1)(B) of the Bankruptcy Code as ComEd's claims as to such amounts become noncontingent and this Order shall be without prejudice to such rights.

6.  Notwithstanding any stay that might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

7.  This order is without prejudice to the rights of any party in interest to move to reopen the case of Midwest Generation EME, LLC or any of its affiliate debtors' cases under 11 U.S.C. §350(b).

Form G5  (20170105_bko)

8. The Court shall retain jurisdiction to construe and enforce the terms of this Order.

                              Enter:   */s/ Jacqueline P. Cox*

                                                Honorable Jacqueline Cox

Dated:    2-12-19                               United States Bankruptcy Judge

**Prepared by:**

Jeremy C. Kleinman (IL No. 6270080)
FrankGecker LLP
1327 W. Washington Blvd., Suite 5 G-H
Chicago, Illinois 60607
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
jkleinman@fgllp.com